IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DOMINIQUE ROZIER BROWN,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Civil Action No.** |
| : | **5:09-CV-209-HL** |
| **STATE FARM FIRE AND CASUALTY,** : | |
| : | |
| Defendant. : | |
| : | |
| : | |

# ORDER

Having considered the Parties' Joint Motion for Remand (Doc. 5), it is hereby GRANTED and the case is remanded back to State Court of Bibb County, Georgia.

**SO ORDERED**, this the 27th day of July, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

wjc